

ONE NORTH BROADWAY, SUITE 1005
WHITE PLAINS, NY 10601
TEL (914) 285-0700 ■ FAX (914) 285-1213
www.renzullilaw.com

July 23, 2025

**VIA CM/ECF**

Hon. Nina R. Morrison, U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Hu, et al. v. Glock, Inc., et al., No. 1:25-cv-02033-NRM-PK*

Dear Judge Morrison:

    We represent defendant GLOCK, Inc. I write jointly with the consent of plaintiffs to inform the Court that the United States Court of Appeals for the Second Circuit has issued an order extending the deadline for the plaintiffs in *Nat'l Shooting Sports Found., Inc. v. James*, No. 22-1374, to file a petition for *en banc* review of its recent decision from July 24, 2025 to September 22, 2025.

    By way of background, this action and a related action before Your Honor (*Steur v. Glock, Inc., et al.*, No.: 1:22-cv-03192) had been stayed pending the Second Circuit's decision in the *NSSF v. James* case. That decision was issued on July 10, 2025. Your Honor extended the stay in this case and the *Steur* case to July 24, 2025 and instructed the parties to propose a briefing schedule on Glock's Rule 12 motion within three days of July 24 if no petition for *en banc* review is filed in *NSSF v. James*.

    Given the possibility of a rehearing *en banc*, the continued relevance of any such rehearing to the claims in this matter and the Second Circuit's recent order, the parties conferred on procedural next steps to promote the efficient use of the parties and the Court's resources. To that end and consistent with the parties' joint submission on July 21, 2025 in the *Steur* case, the parties respectfully request Your Honor's issuance of an order extending the stay for six months to provide sufficient time for the Second Circuit's ruling on the plaintiffs' anticipated petition for rehearing in *NSSF v. James*, and instructing the parties to file a status report within ten days of (a) September 22, 2025, or any subsequent deadline set by the Second Circuit, if the plaintiffs fail to timely file a petition for rehearing, or (b) the Second Circuit's decision on a petition for rehearing, whichever is earlier. The parties further propose that, consistent with the parties' position in the *Steur* case, if no petition for rehearing is timely filed, or if the Second Circuit denies a petition for rehearing, the parties' joint status report will include their proposed briefing schedule on Glock's Rule 12 motion.

*Hu, et al. v. Glock, Inc., et al.*, No. 1:25-cv-02033-NRM-PK
**July 23, 2025 – Page 2 of 2**

    Thank you for your consideration of this request.

                          Respectfully submitted,

                          **RENZULLI LAW FIRM, LLP**

                          Peter V. Malfa

cc: All attorneys of record (via ECF service)

RENZULLI LAW FIRM, LLP